UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                                     :
ANTHONY J. FAWCETT,                                  :
                                                     :       CASE NOS.    4:07-CV-1412
                                                     :                    4:04-CV-2448
                   Plaintiff,                        :
                                                     :
v.                                                   :       OPINION & ORDER
                                                     :       [Resolving 4:07-CV-1412 Doc. Nos. 29, 30]
MICHAEL J. ASTRUE,                                   :       [Resolving 4:04-CV-2448 Doc. Nos. 29, 30]
Commissioner of Social Security,                     :
                                                     :
                   Defendant.                        :
                                                     :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

         Pending before the Court are Plaintiff's motions for attorneys fees under Section 406(b) of

the Social Security Act, 42 U.S.C. § 406(b).  Defendant Commissioner of Social Security does not

object.  [Doc. 32.]

         In 2004 Plaintiff challenged her denial of social security benefits in federal court and, after

Judge Kathleen O'Malley remanded the case twice, an Administrative Law Judge ultimately awarded

Plaintiff about $90,000 in past-due disability benefits.  [Doc. 29 at 1; Doc. 29-3 at 2.]  Accordingly,

after a seven-year litigation odyssey, Plaintiff seeks an award of attorneys fees in the amount of

$17,591.08.  [Doc. 29-1.]

         Section 406(b) of the Social Security Act states in part:

         Whenever a court renders a judgment favorable to a claimant under this subchapter
         who was represented before the court by an attorney, the court may determine and

Case Nos. 4:07-CV-1412; 4:04-CV-2448
Gwin, J.

> allow as part of its judgment a reasonable fee for such representation, not in excess
> of 25 percent of the total of the past-due benefits to which the claimant is entitled by
> reason of such judgment, and the Commissioner of Social Security may,
> notwithstanding the provisions of section 405(i) of this title, but subject to subsection
> (d) of this section, certify the amount of such fee for payment to such attorney out of,
> and not in addition to, the amount of such past-due benefits.

42 U.S.C. 406(b)(1)(A).

As the total fee requested is not in excess of 25% of Plaintiff's benefits award and is otherwise reasonable, the Court **GRANTS** Plaintiff's Motion for Attorney Fees and **AWARDS** attorney fees of **$8,400.08** in case 04-CV-2448 and of **$9,191.00** in case 07-CV-1412, for a total award of **$17,591.08**.

IT IS SO ORDERED.

Dated: March 25, 2011                                    s/     *James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE